■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ROBERT BENVENISTE, Appellant.—Judgment of the County Court, Nassau County, rendered September 23, 1977, affirmed. No opinion. This case is remitted to the County Court, Nassau County, for further proceedings pursuant to CPL 460.50 (subd 5). Martuscello, J. P., Rabin, Gulotta and Cohalan, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DARRELL BROOKS, Appellant.—Appeal by defendant, as limited by his motion, from a sentence of the County Court, Suffolk County, imposed December 13, 1977. Sentence affirmed. No opinion. This case is remitted to the County Court, Suffolk County, for further proceedings pursuant to CPL 460.50 (subd 5). Damiani, J. P., Titone, Suozzi and Rabin, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v IVAN WALLACE BROWN, Appellant.—Appeal by defendant (by permission) from an order of the County Court, Suffolk County, dated March 17, 1977, denying his motion, *inter alia,* to vacate his judgment of conviction pursuant to CPL 440.10 (subd 1, par [b]). Order modified, on the law, by adding thereto a provision directing that defendant be delivered to the appropriate Massachusetts official forthwith so that he may begin serving his sentence in that State. As so modified, order affirmed. At the time defendant entered his plea, and again at the time of sentencing, the court directed that the sentence imposed was to run concurrently with the remainder of the undischarged term for which defendant was still responsible in Massachusetts. However, the remainder of the Massachusetts sentence cannot begin to run until defendant is delivered to the appropriate Massachusetts authorities (see Penal Law, § 70.30, subd 2-a). Accordingly, we have directed that defendant be returned to the custody of Massachusetts forthwith so that the sentence imposed may be effectuated. Mollen, P. J., Hopkins, Titone, Shapiro and O'Connor, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v FRED GILMER, Also Known as FREDDIE GILMER, Appellant.—Appeal by defendant, as limited by his brief, from a sentence of the Supreme Court, Richmond County, imposed May 16, 1977. Defendant purports to appeal from an order of the same court, dated November 1, 1977, which denied his motion for resentence. Sentence affirmed. No opinion. Appeal from the order dismissed. No application for leave to appeal therefrom has apparently been made. In any event, we have considered the issues raised on the motion and find them to be without merit. Latham, J. P., Damiani, Shapiro and Margett, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CARL JUNJULAS, Appellant.—Judgment of the Supreme Court, Westchester County, rendered January 3, 1978, affirmed. No opinion. This case is remitted to the Supreme Court, Westchester County, for further proceedings pursuant to CPL 460.50 (subd 5). Mollen, P. J., Hopkins, Suozzi, Shapiro and O'Connor, JJ., concur.